UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

vs.

LUIDJI BENJAMIN,
      a/k/a/ "Zoe," and
LAWRENCE WALSH,
      a/k/a/ "Life,"

      Defendants.

------------------------------------X

No. 18 Cr. 874 (JSR)

[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR ACCEPTANCE OF CLOTHING FOR COURT APPEARANCES

Upon the application of Adam Fee, counsel for Luidji Benjamin, Reg. No. 86463-054, an indigent defendant who starts trial on May 8, 2019, it is hereby:

**ORDERED** that the United States Marshals Service, the Bureau of Prisons, and the Metropolitan Correctional Center accept the following clothing for court appearances during the trial commencing on May 8, 2019 and continuing thereafter:

1. Three dress shirts;
2. Two suits (consisting of slacks and jackets);
3. Three pairs of dress socks;
4. Three neck ties;
5. One pair of shoes; and
6. One belt.

Dated: New York, NY
      May 6, 2019

SO ORDERED: _____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE